278

**Stanley A. SLUPKOWSKI,
Petitioner—Appellant,**

v.

**Randy ETERNICK, Associate Warden
for Medical Services at FMC—
Butner, Respondent—Appellee.**

No. 05–7409.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 27, 2006.

Decided: May 3, 2006.

Stanley A. Slupkowski, Appellant Pro
Se.

Before NIEMEYER and MOTZ, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Stanley A. Slupkowski appeals the district court's order dismissing as frivolous his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Slupkowski v. Eternick,* No. CA–05–214–5–BO (E.D.N.C. May 26, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*